### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MELISSA LAURIE VICTORY                                                    PLAINTIFF

v.                                  NO. 3:25-cv-00127-PSH

FRANK J. BISIGNANO, Commissioner                                DEFENDANT
of the Social Security Administration

### JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for Frank J. Bisignano, the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 28th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE